AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF**   MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

JAMES H. TURPIN

## CRIMINAL COMPLAINT

CASE NUMBER:  03-1734CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about   AUGUST 28, 2003   in   NORFOLK   county, in the

District of   MASSACHUSETTS   defendant(s) did, (Track Statutory Language of Offense)

by force and violence and by intimidation, take from the person and presence of employees of the Telephone Workers Credit Union, money in the amount of $5,756.00, more or less, belonging to and in the care, custody, control, management and possession of the said Telephone Workers Credit Union, the deposits of which were then were federally insured, and in committing the aforesaid offense,  JAMES H. TURPIN, did assault and put in jeopardy the lives of other persons by the use of a dangerous weapon, namely, a firearm.

in violation of Title   18   United States Code, Section(s)   2113(a) & (d) and 2   .

I further state that I am a(n)   SPECIAL AGENT , FBI   and that this complaint is based on the following

Official Title

facts:

SEE ATTACHED AFFIDAVIT OF FBI SPECIAL AGENT DAVID MADIGAN

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_David B Madigan_

Signature of Complainant

Sworn to before me and subscribed in my presence,

9-12-03

Date

at   BOSTON, MASSACHUSETTS

City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.