UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03CR10327DPW |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 2113(a)&(d) – |
| WILLIAM F. BRYMER | ) | Aggravated Bank Robbery |
| (a/k/a Billy Brymer) | ) | 18 U.S.C. § 924(c) – |
| JAMES H. TURPIN | ) | Use of a Firearm During Crime of |
| (a/k/a "Turp") | ) | Violence |

## INDICTMENT

**COUNT ONE:**   (18 U.S.C. §§ 2113(a)&(d) and 2 – Aggravated Bank Robbery)

The Grand Jury charges that:

On or about August 28, 2003, at Braintree, in the District of Massachusetts,

**WILLIAM F. BRYMER,**
a/k/a Billly Brymer
and
**JAMES H. TURPIN**
a/k/a "Turp"

defendants herein, by force and violence and by intimidation, took from the person and presence of employees of the Telephone Workers Credit Union at 250 Granite Street, Braintree, Massachusetts, money in the amount of $5,756.00, more or less, belonging to, and in the care, custody, control, management and possession of the said Telephone Workers Credit Union, deposits of which were then federally insured, and in committing the aforesaid offense, **WILLIAM F. BRYMER and JAMES H. TURPIN**, did assault and put in jeopardy the life of another person by the use of a dangerous weapon and device, namely, a weapon and device which appeared to be a handgun.

All in violation of Title 18, United States Code, Sections 2113(a)&(d) and 2.

<u>COUNT TWO</u>:     (18 U.S.C. §§ 924(c) and 2 – Use of a Firearm During a Crime of Violence)

The Grand Jury charges that:

On or about August 28, 2003, at Braintree, in the District of Massachusetts,

**WILLIAM F. BRYMER,**
a/k/a Billly Brymer
and
**JAMES H. TURPIN**
a/k/a "Turp"

defendants herein, did knowingly and intentionally use and carry a firearm, to wit: a silver colored revolver, during and in relation to a crime of violence, to wit: bank robbery in violation of Title 18, United States Code, Section 2113(a)&(d), as charged in Count One of this Indictment, and did knowingly possess such firearm in furtherance of such crime of violence.

All in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

A TRUE BILL

_____ 10/22/03
FOREPERSON OF THE GRAND JURY

_____
John T. McNeil
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 22, 2003

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
1:25 pm
10/22/03

2