# Dear Judge Woodlock

    I write this letter to you with the heavy heart and the guilt that my codefendent James Turpin sits in prison confined wasting away some of the last years of his life. Mr. Turpin is 10 years older than me, placing him at 63 years old today . the crime for which we were both sentenced 32 years I had only met James Turpin three or four other times he was an acquaintance and drug addicted He had no intentions and no idea about bank robbery I played a larger roll .he did accept responsibility he does not deserve to stay in prison any longer. There is no benefit since he's been in prison he's got his GED he's had long periods of good conduct he's done several other courses his elderly mother is still lives He wants to see her in the free world before she dies, and just see her as his family cannot afford to visit him. The bureau of prison has kept him over 1000 miles away from home since his incarceration . he can do just as good as I've done or better.  He has family in a support network in friends that will assist him with his reentry  into society, and with his knew mindset in maturity and growth that only comes with age he will be a benefit to society and not a burden on taxpayers I hope that you consider sentence disparities, and all the facts. To Give Mr Turpin chance that he deserves. I know the government will fight this arguing that a leopard doesn't lose its spots as they fought my release so vigorously, stating how was a danger to the community look at my compassionate release will show a real success story I got out and never looked back complete CARE Court Brandy universities partaker, reentering Counseling drug testing, paying my restitution off without a blip in the screen I hope and pray Mr. ~~Trippin~~ Turpin gets the chance he deserves, Thank you so much. sincerely, William Brymer

X _[signature]_

3/13/24

03cr10327