The United States District Court
District of Massachusetts
Boston Division

FILED IN CLERKS OFFICE
2024 AUG 12 PM 12:47
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States

v.                                    Case # 1:03-CR-10327-DPW-2

James H. Turpin

## Pro-Se Entry of Appearance.

Comes now, James H Turpin, in Person to Respectfully Request this Court to Enter his Appearance as pro-se Counsel, he states,

1) His vested interest in the 6th Am Grants him the Right to Choose Counsel or to Represent Himself.

2) Ian Gold is not Responsive to Petitioner, is not effective in his Duties and has not filed his Brief, further

A) Ian Gold was Appointed During Covid-19's Pandemic (Doc# 168) and FAILS to be effective or file a Brief. The Court noted this, (Doc# 183) And stated its 3582 filing was "Denied without Prejudice" Subject to the "Proper" filing in Motion form. Ian Gold Did nothing, and now, does nothing.

(1)

B) The Court noted in Doc #183, it would consider Petitioners Request in Proper Motion Form, He does so now, by Person.

Therefore he Respectfully Request this Court to Remove Ian Gold and enter his own Appearance in this matter Pursuant to the Rule of Fed Proc. and Constitution.

Respectfully Submitted.

X _James H. Turpin_
Date: 8-7-24
James H Turpin